NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DEVONA HOLLINGSWORTH,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

_____

2018-2100

_____

Petition for review of the Merit Systems Protection Board in Nos. AT-4324-17-0315-I-2, AT-4324-18-0091-I-1.

_____

**JUDGMENT**

_____

JOSEPH DAVID MAGRI, Merkle & Magri, PA, Tampa, FL, argued for petitioner.

KELLY A. KRYSTYNIAK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JOSEPH H. HUNT, ALLISON KIDD-MILLER, ROBERT EDWARD KIRSCHMAN, JR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>May 17, 2019</u>                    <u>/s/ Peter R. Marksteiner</u>
Date                              Peter R. Marksteiner
                                  Clerk of Court